NISSAN MOTOR CORP. v. FRED ANDERSON NISSAN

No. 422PA93

Case below: 111 N.C.App. 748

Petition by defendant (Fred Anderson Nissan) for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.

PETERSEN v. ROGERS

No. 427PA93

Case below: 111 N.C.App. 712

Motion by the plaintiffs to dismiss the appeal for lack of substantial constitutional question denied 2 December 1993. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.

ROGERS v. LUMBEE RIVER ELECTRIC MEMBERSHIP CORP.

No. 440PA93

Case below: 112 N.C.App. 365

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.

STATE v. BARTLETT

No. 461P93

Case below: 112 N.C.App. 135

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE v. BYNUM

No. 430P93

Case below: 111 N.C.App. 845

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.